# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5452**　　　　　　　　　　　**September Term, 2025**

**1:25-cv-00766-JEB**

**Filed On:** December 12, 2025

In re: Donald J. Trump, et al.,

　　　　　Petitioners

**BEFORE:**　　Rao, Walker, and Childs*, Circuit Judges

## O R D E R

　　　　Upon consideration of the petition for a writ of mandamus; the emergency motion for a stay pending resolution of the petition for a writ of mandamus and for an administrative stay, and the opposition to the motion for a stay; and the notice of district court orders, it is

　　　　**ORDERED** that the district court's December 8, 2025 order be administratively stayed pending further order of the court. The purpose of this administrative stay is to allow the court time to render a decision on the mandamus petition and the stay motion. The administrative stay should not be construed in any way as a ruling on the merits of that petition or motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2025).

**Per Curiam**

　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　Selena R. Gancasz
　　　　　　　　　　　　　　Deputy Clerk

* Circuit Judge Childs would deny the motion for an administrative stay.